OPINION — AG — **** PROPERTY IMPROVEMENT LOANS — MORTGAGES **** AGREEMENTS ENTERED INTO CONSIDERATION OF LOANS FROM A BANK REPRESENTING COSTS OF IMPROVEMENT TO CERTAIN DESCRIBED REAL PROPERTY CONSTITUTE MORTGAGES ON REAL ESTATE WHICH ARE SUBJECT TO THE REAL ESTATE MORTGAGE REGISTRATION TAX AS PROVIDED FOR IN 68 O.S. 1968 Supp. 1901-1910 [68-1901] — [68-1910], CITE: 12A O.S. 1961 9-402 [12A-9-402], 68 O.S. 1968 Supp., 1901 [68-1901] (W. MONROE)